HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS RAMIREZ-LUCIO , <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No.  13-CR-5118 RBL <br><br> ORDER <br><br> (Dkt. #4) |

Petitioner's unopposed Motion to Stay (Dkt. #4) is **GRANTED**.  The current briefing schedule is **STRICKEN**.  Petitioner has 60 days to amend his petition or the case will be dismissed without prejudice.

Dated this 16th day of May 2012.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1