HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS RAMIREZ-LUCIO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 13-5118 RBL

ORDER DENYING MOTION FOR COURT RECORD
[DKT. #7]

THIS MATTER is before the Court on petitioner's Motion for a Copy of the Court Record from his case, *USA v. Ramirez-Lucio et al.*, Case No. 11-5295 RBL. [Dkt. #7]. Petitioner argues that he needs a copy of the court record in order to file his amended 28 U.S.C § 2255 motion claiming ineffective assistance of counsel. *Id*. Because prisoners asserting a § 2255 claim do not have an absolute right to a free court record, the Motion is DENIED.

These documents are available through the Clerk's office for a fee. In the event that Mr. Ramirez is unable to pay a fee, he may be able to avoid the usual costs of copying transcripts pursuant to 28 U.S.C. § 735(f) upon the requisite showing. "The district court has the power to order a free transcript furnished if it finds that the 'suit … is not frivolous and that the transcript

1 is needed to decide the issue presented ….'" 28 U.S.C. § 753(f); *U.S. v. MacCollom*, 426 U.S. 317 (1976).

Petitioner's Motion [Dkt. #7] is **DENIED**.

IT IS SO ORDERED.

Dated this 2nd day of August, 2013.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[DKT. #7] - 2