HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS RAMIREZ-LUCIO,<br><br>              Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | CASE NO. 13-5118 RBL<br><br>ORDER DENYING MOTION FOR COURT RECORD<br>[DKT. #7] |

THIS MATTER is before the Court on petitioner's Motion for a Copy of the Court Record from his case, *USA v. Ramirez-Lucio et al.*, Case No. 11-5295 RBL. [Dkt. #7]. Petitioner argues that he needs a copy of the court record in order to file his amended 28 U.S.C § 2255 motion claiming ineffective assistance of counsel. *Id.* Because prisoners asserting a § 2255 claim do not have an absolute right to a free court record, the Motion is DENIED.

These documents are available through the Clerk's office for a fee. In the event that Mr. Ramirez is unable to pay a fee, he may be able to avoid the usual costs of copying transcripts pursuant to 28 U.S.C. § 735(f) upon the requisite showing. "The district court has the power to order a free transcript furnished if it finds that the 'suit … is not frivolous and that the transcript

1 | is needed to decide the issue presented ….'" 28 U.S.C. § 753(f); *U.S. v. MacCollom*, 426 U.S.
2 | 317 (1976).

3 |       Petitioner's Motion [Dkt. #7] is **DENIED**.

4 |       IT IS SO ORDERED.

5 |       Dated this 2nd day of August, 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE