HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS RAMIREZ-LUCIO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C13-5118 RBL

ORDER DENYING MOTION FOR CERTIFICATE OF APPEAL

THIS MATTER is before the Court on Petitioner Ramirez-Lucio's Motion for a Certificate of Appealability [Dkt. #21] regarding this Court's denial of his §2255 petition [Dkt. #19].

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

1    Petitioner's primary claim is that his counsel was ineffective. For the reasons articulated
2 in this Court's prior Order, those claims are not viable. Petitioner has not made a "substantial
3 showing of the denial of a constitutional right." His Motion for a Certificate of Appealability is
4 therefore DENIED.

5    IT IS SO ORDERED.

6    Dated this 10th day of June, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR CERTIFICATE
OF APPEAL - 2